# EXHIBIT "1"

# Gmail

Mark S. Zaid, P.C. <mark@markzaid.com>

## Activity in Case 1:26-cv-00144-EGS WRIGHT v. NOEM et al Summons Issued Electronically as to AUSA

USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>　　　　　　　　　　　　　　　　Tue, Jan 27, 2026 at 2:45 PM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Brad Moss <brad@markzaid.com>, Geoffrey Deweese <geoffrey@markzaid.com>, Kevin Thomas Carroll <kevin@markzaid.com>

The summons and complaint have been received by email, with a service date of January 20, 2026.


Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

[Quoted text hidden]