# EXHIBIT A

*Wright v. Doe* – Partial Transcript of Video                    1
26-cv-00144-EGS (D.D.C.)

**Wright:** Kristi Noem? I ****ing hate her.

**Wright:** So, the secretaries can set the priorities for the department. They can't actually tell us what to do. If we don't agree with those priorities, there's a lot of room for interpretation--

**Doe:** Okay.

**Wright:** --in terms of how we interpret what those priorities are.

**O'Keefe:** Meet Brandon Wright, a platform services manager for the Department of Homeland Security. Brandon Wright states to our undercover journalist how he will defy Kristi Noem's orders. Wright also said he won't let Kristi Noem get in his way.

**Wright:** The truth is, we don't let them get on our way.

**Doe:** Okay, good.

**Wright:** You're hearing, like, the real ****ing talk. From, like, we don't let them get our way. And frankly, that's actually, I would argue—I'm not even being an ***hole--I would argue that's my job. You know how a septic tank works? So, like, catches all the **** and, like, filters into rocks and then sand and everything. There's a lot of layers like that in government. And by the time the actual marching orders get to, like,

*Wright v. Doe* – Partial Transcript of Video                    2
26-cv-00144-EGS (D.D.C.)

me and below, we can filter them in a way that steadies the ship.

**O'Keefe**: The official at DHS discloses how GS-14s and GS-15s at the DHS will defy Noem's orders and how they will disregard her agenda.

**Wright**: I feel really, really bad for all the fifteens, because they have to deal with crazy ****. Um, and it's not, it's not easy. Because, like I said, when it's, like, a crazy person comes in, they have to, like, work really hard to like steer clear. A lot of, like--a lot of *** kissing. And be like, "Oh, what a great idea, Secretary Noem. Well, but what if we did this? I think your idea would be even better if we did it like this."

**O'Keefe**: The DHS official tells our OMG undercover journalist that DHS could fall on Kristi Noem's head and she wouldn't recognize what it is.

**Wright**: She doesn't know her *** from a--the Department of Homeland Security could fall on her ****ing head and she wouldn't recognize what it is. Kristi Noem doesn't know ****.

**O'Keefe**: Meet Brandon Wright, a platform services manager for the Department of Homeland Security. Brandon is a civil servant and a GS-14 employee. Brandon has been

employed at DHS for the first Trump term, the Biden administration, and now the second Trump administration. GS means "general schedule" and is a federal pay scale that has fifteen grades. GS-13 to GS-15 are mainly top level technical and supervisory positions.

**Wright:** So my job is--my title is, I'm the platform—-it's not James Bond--but it's platform services manager, which is way less sexy. I'm a full-time civil servant, but I don't work for the State Department. I work for Homeland Security. I was here during Trump's first four years. I work for what's called HSIM, the Homeland Security Information Network.

**Doe:** Okay.

**Wright:** We're, like, Google Tools for Homeland Security law enforcement. My role is--I don't know what you know about IT--but I'm in product management. Most days, my job feels really ****ing boring. Like, I just sit on some meetings, and, like, look at spreadsheets and PowerPoint decks, and talking meetings. Fortunately, my bubble is far enough away that I don't get thrown into that too much. People--because I don't know, there's fifteen levels in government service. So, like, the fifteen is the highest. It's called GS.

*Wright v. Doe* – Partial Transcript of Video                    4
26-cv-00144-EGS (D.D.C.)

You'll hear people? In DC, you're gonna talk about it all the time. It stands for general schedule. Okay. But that's like the level you are in government. So I'm fourteen.

**Doe:** Oh, wow.

**Wright:** The fifteens are the people that like are at the White House doing stuff like--so, like, I report to those people. Like, I only rarely will I like go to the White House. Sometimes. But, like, rare, because the fifteens are the highest level. They're the ones who interact with all the appointees.

**Doe:** Yeah.

**Wright:** I'm the one who makes all the reports and does all the work for the fifteens.

**Doe:** Okay.

**Wright:** Um, and then, like, gives them a--so, like, and I mean, sometimes I do meet with the White House administration people, too. And so, at some point, I would like to that--that would be a promotion, I would like to get promoted at some point, which would be great. But, like, for now? If Harris had won, I would have been, like, stepping on the gas to get promoted.

*Wright v. Doe* – Partial Transcript of Video                    5
26-cv-00144-EGS (D.D.C.)

**O'Keefe:** Brandon Wright met with our OMG undercover journalist last week to vent his hatred about Trump-appointed DHS Secretary Kristi Noem.

**Doe:** So, I was looking up, because I remember that you worked at DHS—

**Wright:** Yes.

**Doe:** --because I was trying to do some homework. And I looked up who was coming in, like, Trump is putting in charge. She's nuts.

**Wright:** Kristi Noem?

**Doe:** Yeah.

**Wright:** I ****ing hate her.

**Doe:** Yeah.

**Wright:** You want to know what my favorite thing about the Secretary Mayorkas, the last one, was? He gave us a **** ton of bonus vacation. No ****ing way Kristi Noem is doing to do that for us. No way.

**Doe:** You don't think so?

**Wright:** No. No, she's going to be like "**** you!" Because that's the thing: Trump is picking people that hate us. That's, that's what he wants. He wants people, he wants--he wants conflict.

**[Advertisement excluded from 05:27 to 06:50]**

*Wright v. Doe* – Partial Transcript of Video                    6
26-cv-00144-EGS (D.D.C.)

**O'Keefe:** The DHS official tells our OMG undercover journalist that DHS could fall on Kristi Noem's head and she wouldn't recognize what it is. He also stated that Kristi Noem, quote, doesn't know her ***, and Kristi Noem doesn't know ****.

**Doe:** Tell me what you hate about her.

**Wright:** She doesn't know her *** from a--the Department of Homeland Security could fall on her ****ing head and she wouldn't recognize what it is. Kristi Noem doesn't know ****.

**Doe:** Yeah.

**Wright:** So, to say that, like, I am not excited about this is--will be the most epic understatement.

**Doe:** Okay, but when you have somebody that's crazy, like, the job—-

**Wright:** --I'm glad that you were able to recognize that about her by researching her.

**Doe:** [Inaudible]

**Wright:** That's a green, that's a green, that's a green flag for me. We're on the same page.

**O'Keefe:** We asked Brandon Wright on the undercover meeting, what he is going to do when Kristi Noem is the boss. Wright told us that, quote, the secretaries can set

*Wright v. Doe* – Partial Transcript of Video                    7
26-cv-00144-EGS (D.D.C.)

the priorities for the department, but they can't actually tell us what to do. Wright also said he won't let Kristi Noem get in his way.

**Wright:** So, the secretaries can set the priorities for the department.

**Doe:** And she's the secretary?

**Wright:** Yeah.

**Doe:** Okay.

**Wright:** But they can't actually tell us what to do. So, do you want to know the truth? Remember when I told you, like, on the call, I was, like, the people who are truly in charge are the permanent civil servants?

**Doe:** Right.

**Wright:** The truth is we don't let them get in our way.

**Doe:** Okay, good.

**Wright:** You're hearing, like, the real ****ing talk. From, like--we don't let them get in our way.

**O'Keefe:** Brandon Wright, the official at DHS, discloses how GS-14s and GS-15s at the DHS will defy Noem's orders and how they will disregard her agenda, saying there's a lot of room for interpretation.

**Wright:** I feel really, really bad for all the fifteens because they have to deal with the crazy ****. Um, and it's not—it's not easy. Because, like I said, when

*Wright v. Doe* – Partial Transcript of Video                    8
26-cv-00144-EGS (D.D.C.)

it's, like, a crazy person comes in, they have to, like, work really hard.

**Doe:** Yeah.

**Wright:** To, like, steer clear. A lot of, like--a lot of *** kissing. And be like, "Oh, what a great idea, Secretary Noem! Well, but what if we did this? I think your idea would be even better if we did it like this." And, like, what they're proposing is the, you know—

**Doe:** --the better idea.

**Wright:** Yeah. That's--

**Doe:** Well, let's say she doesn't take their idea, and she's like, "No, I want to be crazy." Is there, like, something you can do about that, or?

**Wright:** It's very complex, and in some ways it's very stupid.

**Doe:** Okay.

**Wright:** So, but they can set the priorities. I would put it to you like this: If we--especially the fifteen leaders, even going down fourteen and everything below—if we don't agree with those priorities, there's a lot of room for interpretation--

**Doe:** Okay.

*Wright v. Doe* – Partial Transcript of Video                9
26-cv-00144-EGS (D.D.C.)

**Wright:** --in terms of how we interpret what those priorities are.

**O'Keefe:** Brandon Wright states to our undercover journalist how he will defy Kristi Noem's orders, stating that when marching orders from Noem reach him, he can filter them, drawing an analogy to that of a septic tank. And as it goes through the layers of government, he will defy those orders.

**Wright:** Do you know what a septic tank is?

**Doe:** I know it's like sewers, right?

**Wright:** Sewer, yeah, but it's, like, a private lot, and it starts off with, like, a bunch of layers of, like, rocks, and there's, like, different layers of rocks, so, like, catches all the ****. And, like, filters into rocks and then sand and everything. There's a lot of layers like that in government. And by the time the actual marching orders get to, like, me and below, we can filter them in a way that steadies the ship.

**Doe:** So you can, like, interpret it in a way that makes more sense.

**Wright:** Now you're thinking in the right, you're very sharp.

**Doe:** Okay.

*Wright v. Doe* – Partial Transcript of Video                10
26-cv-00144-EGS (D.D.C.)

**Wright:** As long as they don't cut our budget--again, that's the number one thing they can affect is our budget. If they gut our budget, that's that. We can be screwed. If our budget goes away, we're ****ed.

**[Advertisement excluded from 11:03 to 12:30]**

**O'Keefe:** Wright also describes how his transgender colleagues are freaking out because Kristi Noem has been appointed to DHS.

**Doe:** With her being as conservative as she is, I'm like, okay, what if there's people that work, like, in your team, or maybe there's, like, a fifteen or something, what if they're neurodiverse or LGBTQ?

**Wright:** Yeah.

**Doe:** Like, do you think she's gonna target them or, like, try to make their lives worse?

**Wright:** That's actually a really good question. The biggest thing is, the, um, this administration is super anti-trans. And so like, yeah, we've got a lot of trans people. They're freaking out. My trans colleagues are freaking out.

**O'Keefe:** If you're on the inside of any government institution and notice corruption, lies, deception,

*Wright v. Doe* – Partial Transcript of Video                    11
26-cv-00144-EGS (D.D.C.)

fraud, or abuse, reach out to us on our OMG hotline at 914-491-9395. Call that number or shoot us a message on Signal at that number, or message us, tips at okeefemediagroup.com, and we'll get back to you. Thank you and stay tuned.