UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON WRIGHT,

      Plaintiff,

v.                                                                                    CASE NO.: 1:26-cv-00144-EGS

KRISTI NOEM,
et al.,

      Defendants.
_____/

## <u>NOTICE OF CONSTITUTIONAL QUESTION</u>

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Heidi Doe hereby notifies the Court that she has raised a constitutional question as to a federal statute, 18 U.S.C. § 2511(2)(d), and a state statute, D.C. Code § 23-542(b)(3), in her motion to dismiss. ECF No. 13 at 35-42. Specifically, Ms. Doe has raised the question of whether these statutes are unconstitutional under the First Amendment. U.S. CONST. amend. I.

Respectfully submitted,

<table>
<tr><td><u>/s/ Benjamin Barr</u></td><td><u>/s/ Stephen Klein</u></td></tr>
<tr><td>Benjamin Barr*</td><td>Stephen R. Klein</td></tr>
<tr><td>Bar No. IL0133</td><td>Bar No. 177056</td></tr>
<tr><td>BARR & KLEIN PLLC</td><td>BARR & KLEIN PLLC</td></tr>
<tr><td>1050 30th St. NW</td><td>1629 K St. NW Ste. 300</td></tr>
<tr><td>Washington, DC 20007</td><td>Washington, DC 20006</td></tr>
<tr><td>Telephone: (202) 595-4671</td><td>Telephone / Fax: (202) 804-6676</td></tr>
<tr><td>ben@barrklein.com</td><td>steve@barrklein.com</td></tr>
</table>

*Counsel to Heidi Doe*

* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

1

**Certificate of Service**

I hereby certify that on the 30th day of March 2026, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

I further certify that this notice and a copy of Doe's motion to dismiss (ECF No. 13) will be served on the following by certified mail pursuant to Federal Rule of Civil Procedure 5.1(a)(2):

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Brian Schwalb
Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001

/s/ Stephen Klein
Stephen R. Klein