UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRANDON WRIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>KRISTI NOEM,<br>Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | Civil Action No. 26-0144 (EGS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss and the entire record herein,

it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that this action is DISMISSED.

SO ORDERED:

_____
Date

_____
EMMET G. SULLIVAN
United States District Judge