**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRANDON WRIGHT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 26-144 (EGS) |
| | * | |
| KRISTI NOEM <u>et al.</u> | * | |
| | * | |
| Defendants. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ERRATA**

NOW COMES the Plaintiff Brandon Wright ("Mr. Wright"), by and through his undersigned counsel, to file the following correction to his Memorandum In Opposition To Defendant Heidi Doe's Sealed Motion For Leave To File Under Seal Corrected Motion And Memorandum To Proceed Under Pseudonym, Sealed Declaration, And Proposed Order (filed May 11, 2026), Dkt. 25:

On Page 1, footnote 2, please strike the first clause of the second sentence. The sentence should begin instead with "She failed to include a proposed Order for her Motion for Leave, notwithstanding the requirement of LCvR 7(c)."

Date: May 11, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq. (D.C. Bar #440532)
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for the Plaintiff
