UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON WRIGHT,

Plaintiff,

v. CASE NO.: 1:26-cv-00144-EGS

KRISTI NOEM,
et al.,

Defendants.
______________________________/

**DEFENDANT HEIDI DOE'S NOTICE OF SUPPLEMENTAL AUTHORITY**

In connection with her pending motion to dismiss, Defendant Heidi Doe respectfully submits this notice of supplemental authority regarding a recent decision from the United States District Court for the Eastern District of Virginia, *Fseisi v. O'Keefe Media Group, et al.*, No. 1:25-CV-02368 (AJT/WBP), 2026 WL 1348109 (E.D. Va. May 14, 2026) (copy included as **Exhibit A**); *see* ECF Nos. 13, 19, 22. The court dismissed a complaint presenting nearly the same claims that Mr. Wright alleges against Heidi Doe. *See* ECF No. 1 at 19-24 (Compl. ¶¶ 60-77).

The decision addresses several issues that overlap with issues raised in Doe's pending motion to dismiss here, including: whether publication-related reputational and emotional damages may support non-defamation tort claims consistent with First Amendment limitations; whether alleged downstream publication injuries satisfy causation and damages requirements for misrepresentation claims; and whether alleged misrepresentations made to obtain recorded statements constitute a separate tortious purpose under the Federal Wiretap Act's one-party consent framework.

Due to the substantial similarity of this case with the *Fseisi* case, Judge Trenga's order is further support for granting Heidi Doe's motion to dismiss.

Respectfully submitted,

*/s/ Benjamin Barr*
Benjamin Barr*
Bar No. IL0133
BARR & KLEIN PLLC
1050 30th St. NW
Washington, DC 20007
Telephone: (202) 595-4671
ben@barrklein.com

*/s/ Stephen Klein*
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. NW Ste. 300
Washington, DC 20006
Telephone / Fax: (202) 804-6676
steve@barrklein.com

*Counsel to Heidi Doe*

* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

**Certificate of Service**

I hereby certify that on the 15th day of May 2026, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

*/s/ Stephen Klein*
Stephen R. Klein