UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON WRIGHT,

     Plaintiff,

v.                                  CASE NO.: 1:26-cv-00144-EGS

KRISTI NOEM,
et al.,

     Defendants.
_____/

**[PROPOSED] ORDER GRANTING DEFENDANT HEIDI DOE'S MOTION FOR LEAVE TO FILE MOTION AND DECLARATION UNDER SEAL**

Upon consideration of Defendant Heidi Doe's Motion to Seal and any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the clerk shall file the sealed unredacted pseudonymity motion and declaration in support thereof as a separate docket entry; and it is further

ORDERED that Defendant Doe shall file a public redacted version of the pseudonymity motion on the docket within 7 days; and it is further

ORDERED that the redactions authorized by this Order shall be limited to Defendant Doe's true name, home address, personal contact information, current employer or workplace address, and intimate medical or trauma-related information, together with any narrowly tailored contextual information that would reasonably tend to identify her; and it is further

ORDERED that this Order does not finally adjudicate Defendant Doe's separate request to proceed under pseudonym, which remains subject to the Court's further order.

SO ORDERED.

Dated: _____, 2026          _____

                                         Hon. Emmet G. Sullivan
                                      United States District Judge

## Certificate of Service

I hereby certify that on the 2nd day of June 2026, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

/s/ Stephen Klein
Stephen R. Klein