**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BRANDON WRIGHT,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**MARKWAYNE MULLIN,** *et al.*,<br><br>    **Defendants.** | **No. 1:26-cv-00144-EGS** |

## NOTICE OF APPEARANCE

Under Local Civil Rule 83.6(a), the Clerk shall please enter the appearance of Assistant Attorney General Brendan Heath as counsel for the District of Columbia.

Dated: June 5, 2026.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER
Chief, Equity Section, Civil Litigation Division

HONEY MORTON
Assistant Chief, Equity Section

*/s/ Brendan Heath*
BRENDAN HEATH [1619960]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 442-9880
(202) 769-6157 (cell)
brendan.heath@dc.gov

*Counsel for the District of Columbia*