**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRANDON WRIGHT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 26-144 (EGS) |
| | * | |
| KRISTI NOEM et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO THE
DISTRICT OF COLUMBIA'S NOTICE OF INTERVENTION**

The District of Columbia ("District") filed a Notice of Intervention, Dkt. 30, defending against Defendant Heidi Doe's assertion that the tortious purpose exception to D.C. Code § 23-542 is unconstitutional. This Court, per its Minute Order dated June 3, 2026, gave the Parties until today an opportunity to respond to the District's filing.

Plaintiff respectfully joins with and adopts the arguments set forth by the District.

Date: June 10, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for the Plaintiff