**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRANDON WRIGHT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 26-144 (EGS) |
| | * | |
| MARKWAYNE MULLIN <u>et al.</u> | * | |
| | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Opposition to Federal Defendants' Motion to Dismiss,

and the entire record herein, it is this _____ day of _____ 2026, hereby,

ORDERED, that the Federal Defendants' Motion is denied.


_____
UNITED STATES DISTRICT JUDGE