**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRANDON WRIGHT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 26-144 (EGS) |
| | * | |
| MARKWAYNE MULLIN <u>et al.</u> | * | |
| | * | |
| Defendants. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL FACTUAL AUTHORITY
IN SUPPORT OF OPPOSITION TO FEDERAL DEFENDANTS'
<u>MOTION AND MEMORANDUM TO DISMISS</u>**

Plaintiff Brandon Wright ("Mr. Wright") submits this supplemental factual authority in support of his Opposition to Federal Defendants' Motion and Memorandum to Dismiss. Dkt. 42 (filed July 10, 2026)("Wright Opp."). The Federal Defendants' Reply is due on or before July 31, 2026. *See* Minute Order dated June 26, 2026.

The Federal Defendants have taken the position that "[w]ithout exception, the Supreme Court and the D.C. Circuit have held that personnel actions like those at issue in Wright's complaint are exclusively channeled away from district court review for employees to whom the CSRA provides remedies." Federal Defendants' Motion to Dismiss and Memorandum in Support Thereof at 5 (filed April 22, 2026)(Dkt. 21). Mr. Wright has argued, among other positions, that this is no longer the case as the Merit Systems Protection Board ("MSPB") is no longer independent, both as a matter of fact and law. *See* Wright Opp., at 3-16.

Since the filing of Mr. Wright's Opposition, on July 21, 2026, the Federal News Network published the article "After Slaughter decision, MSPB no longer calling itself 'independent'",

which can be found at *https://federalnewsnetwork.com/management/2026/07/after-slaughter-decision-mspb-no-longer-calling-itself-independent/*. A copy of the article is also attached at Exhibit "1". The article states that:

> The Merit Systems Protection Board is no longer describing itself as "independent," after a Supreme Court ruling last month expanded the president's powers to fire heads of agencies that, for decades, have been deliberately insulated from presidential control.

*Id*. The recent Supreme Court ruling referenced is that of *Trump, et al. v. Slaughter*, 2026 U.S. LEXIS 2877 (U.S. June 29, 2026), which is discussed in Mr. Wright's Opposition. The undersigned has confirmed the accuracy of the article by reviewing the Internet's WayBack Machine (*https://web.archive.org/*). The MSPB's "About" page on its website has been modified to delete the word "independent" in its first sentence. *Cf*. Exhibit "2" (MSPB "About" page from June 2026) with Exhibit "3" (MSPB "About" page from July 30, 2026). Additionally, although the Federal News Network article mentioned that at the time of its publication some "independent" descriptive word references remained on the MSPB's website, such as within the "Questions and Answers" page (*https://www.mspb.gov/appeals/appellantqanda.htm*). A contemporaneous review of that page reveals that this is no longer the case and the word has been deleted as well.

Date: July 30, 2026

Respectfully submitted,

*s/Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiff

3