**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BRANDON WRIGHT | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
|     v. | * | Civil Action No. 26-144 (EGS) |
| | * | |
| MARKWAYNE MULLIN et al. | * | |
| | * | |
|     Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION**

NOW COMES Plaintiff Brandon Wright ("Mr. Wright"), by and through his undersigned counsel, to respectfully submit to the Court a decision issued by the honorable Amit P. Mehta on July 29, 2026, in *Mannina v. O'Keefe Media Group et al.*, Civil Action. No. 25-1524 (D.D.C.). A copy of the decision is attached at Exhibit "1".

One of the *Mannina* Defendants is "Heidi Doe", the same individual non-federal Defendant in this case, and the issues presented against her, which are the subject of pending Motions in this matter, are identical in nature. *See e.g.* Dkts. 23, 25, 27, 30, 32, 36, 37, 39, 40, 41. For the Court's attention, Judge Mehta denied Defendant Doe's Motions and ordered discovery.

Date: July 30, 2026

Respectfully submitted,

*s/Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011; Mark@MarkZaid.com

Attorney for the Plaintiff