UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRANDON WRIGHT,

Plaintiff,

v. CASE NO.: 1:26-cv-00144-EGS

KRISTI NOEM,
et al.,

Defendants.
_______________________________/

**DEFENDANT MEGAN HELLER ("HEIDI DOE")'S CONSENTED-TO MOTION TO WITHDRAW MOTIONS AND FOR A PROTECTIVE ORDER**

Defendant Megan Heller ("Heidi Doe") moves the Court to withdraw her motion to seal and to proceed under pseudonym and to enter a protective order for her personally identifying information. *See* ECF No. 32, 32-1. Defendant Heller's counsel has conferred with counsel for Plaintiff Brandon Wright, and this is a consented-to motion.

There is good cause to grant this order. On August 12, 2026, in the case *Mannina v. O'Keefe Media Group, et al.*, Defendant Heller publicly identified herself in the defendants' answer to the plaintiff's first amended complaint following the court's denial of her pseudonymity motion. 25-CV-1524-APM, Dkt. 63 (D.D.C. Aug. 12, 2026); *see* ECF No. 44-1 at 10-16 (denial order docketed in this matter). Heller has also publicly identified herself in this filing. The issue of her pseudonymity is moot and the related briefing may be unsealed.

On August 13, 2026, the court in *Mannina* entered a joint protective order regarding Heller's address and contact information. **Exhibit A**. A party's full residence address and telephone number are protected by the Local Rules of this Court and may be filed under seal without a motion. LCivR 5.1(c)(1). The order granted in *Mannina* and the proposed order here add

Heller's e-mail address and the name and full address of any workplace, additions that are in keeping with the Local Rule. The Court should thus keep Heller's full declarations—which identify her workplace—under seal and permit Heller to re-file them with appropriate redactions as noted in the proposed order.

For the foregoing reasons, Defendant Megan Heller respectfully requests that the Court grant this motion to withdraw her motion to seal and for pseudonymity and enter the attached protective order.

Respectfully submitted,

*<u>/s/ Benjamin Barr</u>*
Benjamin Barr*
Bar No. IL0133
BARR & KLEIN PLLC
1050 30th St. NW
Washington, DC 20007
Telephone: (202) 595-4671
ben@barrklein.com

*<u>/s/ Stephen R. Klein</u>*
Stephen R. Klein
Bar No. 177056
BARR & KLEIN PLLC
1629 K St. NW, Ste. 300
Washington, DC 20006
Telephone / Fax: (202) 804-6676
steve@barrklein.com

*Counsel to Megan Heller ("Heidi Doe")*

* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

**Certificate of Service**

I hereby certify that on August 17, 2026, I served the foregoing on all counsel of record by electronic mail.

*/s/ Stephen R. Klein*
Stephen R. Klein